# EXHIBIT 2

No. 4:12-cv-00118-FRZ

DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Community Concert Hall
1000 Rim Drive
Durango, CO 81301
(970) 247-7162
(970) 247-7058-fax



To:
Global Community Communications Alliance
PO BOX 1613
Tubac, Az   85646

# Invoice

**Rental Event:** (line below)        **Date(s) of Event: July 08, 2011**

Global Change Music ~ Gabriel Of Urantia / TaliasVan of Tora and The Bright & Morning Star Band

| Description | Number | Rate | FLC Acct | Total |
|---|---|---|---|---|
| Hall Rental | 1 | $900.00 | 5162 | -$900.00 |
| Ticket Set Up/Stock Fee | 1 | $75 per event | 5311 | -$75.00 |
| Printed ticket stock | n/a | $25 per 100 | | $0.00 |
| Equipment Rented | 3 -6' tables | $4 each | | -$12.00 |
| Sound Technician | 3 hours | $30/hr | 5143 | -$90.00 |
| Stage Hand(s) | 10 hours | $15/hr | 5143 | -$150.00 |
| Light Technician | n/a | $20/hr | 5143 | $0.00 |
| 6% Ticket Sales to CCH | $210.00 | 6.00% | 5303 | -$12.60 |
| **Subtotal** | | | | -$1,239.60 |
| Deposit paid | pd 3/31/2011 | | | $450.00 |
| Ticket Revenue | 10 pd / 1 comp | | 5124 | $210.00 |
| Total Owed to CCH | | | | $579.60 |
| Total to reimburse Renter* | | | | $0.00 |

*Payment will be sent under separate cover.

*Thank you for renting our beautiful Community Concert Hall! We appreciate your business and look forward to working with you again.*

Event / Seat Type Sales Report

### Sales From 1/1/2011 through 7/18/2011

| Band | | | | | | 7:00 PM |
|---|---|---|---|---|---|---|
| Seat Type | Ticket Price | Tickets | Face Value | Discount | Revenue |
| Adult (Advanced Purchase) | $20.00 | 8 | $160.00 | $0.00 | $160.00 |
| Adult (Day of) | $25.00 | 1 | $25.00 | $25.00 | $0.00 |
| Adult (Day of) | $25.00 | 2 | $50.00 | $0.00 | $50.00 |
| **Totals** | | 11 | $235.00 | $25.00 | $210.00 |