Thomas B. Kelley (*pro hac vice*)
Steven D. Zansberg (*pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
(303) 376-2400
tkelley@lskslaw.com
szansberg@lskslaw.com

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANTHONY J. DELEVIN, a/k/a Gabriel of Urantia; SHANNON LEIGH PLYLER, a/k/a Mycenay; DANIEL STEINHARDT, a/k/a Bendameean; and STACEY LUTHER-MYSZKA, a/k/a Tiyiendea, <br><br>Plaintiffs, <br><br>vs. <br><br>TED HOLTEEN; DURANGO HERALD, INC., a Colorado corporation; and BALLANTINE COMMUNICATIONS, INC., a Colorado corporation, <br><br>Defendants. | Case No. 4:12-cv-00118-FRZ <br><br> **DEFENDANTS' MOTION FOR ENTRY OF MANDATORY ATTORNEYS FEES AWARD PURSUANT TO COLORADO LAW** |

Defendants Ted Holteen, Durango Herald, Inc., and Ballantine Communications, Inc. (collectively herein "*The Herald*"), by and through undersigned counsel of Levine Sullivan Koch & Schulz, LLP, respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 54(d)(2)(A) and LRCiv 54.2, for the entry of an order awarding the defendants $87,466.50 in attorney's fees (plus whatever additional fees are incurred in litigating this Motion), as mandated by Colo. Rev. Stat. § 13-71-201 (2015).  Pursuant to LRCiv 54.2(c), this Motion is grounded upon the Memorandum of Points and Authorities in support of this Motion, and all exhibits and Declarations filed therewith.

Wherefore, the Court should enter an order awarding the defendants all reasonable attorney's fees they incurred in defense of this now-dismissed lawsuit, and in seeking recovery of their mandatory fee award under Colorado law.

A proposed order, consistent with LRCiv 7.1(b)(3) is being lodged herewith for the Court's convenience.

DATED:  August 31, 2015

        *s/  Steven D. Zansberg*
Thomas B. Kelley (*pro hac vice*)
Steven D. Zansberg (*pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
(303) 376-2400
tkelley@lskslaw.com
szansberg@lskslaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on this  31st  day of August, 2015, I electronically filed the foregoing **DEFENDANTS' MOTION FOR ENTRY OF DEFENDANTS' MANDATORY ATTORNEYS FEES AWARD UNDER COLORADO LAW** with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Michael L. Piccarreta
PICCARRETA DAVIS PC
145 S. 6th Avenue
Tucson, AZ  85701
(520) 622-6900
mlp@pd-law.com

Eric M. Lieberman
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
45 Broadway, Suite 1700
New York, NY  10006
(212) 254-1111
elieberman@rbskl.com
cklatell@rbskl.com

Michael Lee Hertzberg
45 Broadway, Suite 1700
New York, NY  10006
(212) 982-9870
mlhlaw@gis.net

                                                   *s/ Marla D. Kelley*
                                                   Paralegal