Thomas B. Kelley (*pro hac vice*)
Steven D. Zansberg (*pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
(303) 376-2400
tkelley@lskslaw.com
szansberg@lskslaw.com

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANTHONY J. DELEVIN, a/k/a Gabriel of Urantia; SHANNON LEIGH PLYLER, a/k/a Mycenay; DANIEL STEINHARDT, a/k/a Bendameean; and STACEY LUTHER-MYSZKA, a/k/a Tiyiendea, <br><br>Plaintiffs, <br><br>vs. <br><br>TED HOLTEEN; DURANGO HERALD, INC., a Colorado corporation; and BALLANTINE COMMUNICATIONS, INC., a Colorado corporation, <br><br>Defendants. | Case No. 4:12-cv-00118-FRZ <br><br>**DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES** |

Steven D. Zansberg, under penalty of perjury of the laws of the United States, hereby declares as follows:

1. I am a partner at the firm of Levine Sullivan Koch & Schulz, LLP, and have served as counsel of record for the Defendants in this action. I have personal knowledge of the facts stated in this Declaration.

**Background**

2. I have practiced law for twenty years; I litigate media law, First Amendment, and copyright cases across the country in both state and federal courts.

3. I graduated from Yale Law School in May 1994.

4. From September 1994 until August 1995, I served as a judicial law clerk to the Honorable Dorothy W. Nelson on the U.S. Court of Appeals for the Ninth Circuit.

5. I began my career in private practice as a civil litigation associate at Faegre & Benson, L.L.P. (n/k/a Faegre Baker Daniels) in January 1996. I became a partner there in 2001.

6. In June 2007, I joined Levine Sullivan Koch & Schulz, LLP ("LSKS"), a First Amendment, media law, and intellectual property law boutique litigation firm, as a partner.

7. Throughout the years I have been in private practice, I have served as lead counsel on numerous complex civil litigation matters, in both state and federal courts, in California, Colorado, Minnesota, Arizona, Maryland, Nevada, and New Mexico. I have an AV rating from Martindale-Hubbell, and am listed in *Best Lawyers in America* in the field of First Amendment law.

8. In representing *The Herald* in defense of Plaintiffs' claims herein, I collaborated with four attorneys at Levine Sullivan Koch & Schulz, LLP: partner Thomas B. Kelley, and associates Shaina Jones Ward, Amba Datta and Julia Atcherley, whose backgrounds are summarized below.

9. The partner with whom I collaborated in handling this litigation, Thomas B. Kelley, is a graduate of University of Denver's College of Law. Mr. Kelley has been in private practice since 1972, primarily dedicated to representing members of the news media with respect to legal issues arising from the content of their publications and their efforts to gather information. For thirty years, Mr. Kelley has had an "AV" rating from Martindale Hubbell, and for more than the last twenty years, he has been listed in the publication *Best Lawyers in America*, under the specialty "First Amendment Law." Mr. Kelley is nationally ranked in the area of First Amendment litigation by Chambers and Partners. A copy of Mr. Kelley's biography from the LSKS website is attached hereto as **Exhibit A**. Mr. Kelley has represented *The Herald* for more than 35 years and I have done so for just short of 20 years.

10. In preparing our briefing on the Defendants' motion to dismiss, and in propounding and responding to written discovery herein, Mr. Kelley and I received research assistance from three LSKS Associates. Amba Datta (who is now an associate at Kelley Drye) is a 2009 graduate of the University of Minnesota School of Law. A copy of Ms. Datta's firm biography is attached hereto as **Exhibit B**.

11. Shaina Jones Ward is a senior associate in the Washington, D.C. office of LSKS, where she began her affiliation with the firm in 2010. Ms. Ward received her J.D. degree from Vanderbilt University School of Law in 2009, where she was the recipient of the Chancellor's Law Scholarship and served as Chief Justice for the Vanderbilt Moot Court Board. After her graduation, Ms. Ward served as a law clerk to the Honorable Raymond A. Jackson of the U.S. District Court for the Eastern District of Virginia. Since joining LSKS, Ms. Ward has represented numerous clients in various media law and complex civil litigation in a variety of jurisdictions. Ms. Ward has been recognized as a "DC Rising Star" by the Super Lawyers in Washington, D.C. in the area of Media & Advertising Law. A copy of Ms. Ward's firm biography is attached hereto as **Exhibit C**.

12. Attorney Julia C. Atcherley also provided limited legal research (4.0 hours) for use in the briefing on Defendants' motion to dismiss the Complaint. Ms. Atcherley (who is now Senior Counsel at *The Daily Beast*) obtained her LLB degree from the University of Sydney Law School in 2007 and she was a solicitor at the Sydney-based law firm Mallesons Stephen Jaques. In 2011, Ms. Atcherley earned her L.L.M. from Columbia Law School, where she was recognized as a Harlan Fiske Stone Scholar. A copy of Ms. Atcherley's firm biography is attached hereto as **Exhibit D**.

**Reasonableness of the Rates Charged**

13. For its work in defending *The Herald* in this action, LSKS charged *The Herald* a special, reduced hourly rate for the legal services performed by various timekeepers, which the firm has negotiated and agreed to provide to insureds of the AXIS Pro insurance company, one of the nation's leading providers of media content insurance. As set forth in the accompanying Recital of Oral Fee Agreement, LSKS's rates for AXIS Pro insureds are substantially below the firm's Standard rates. As reflected in the invoices attached hereto as **Exhibit E**, LSKS billed *The Herald* at the rate of $435 per hour for my and Tom Kelley's time. Associate attorneys Shaina Jones Ward's and Amba Datta's time were billed at $320 per hour; and associate attorney Julia Atcherley's time was billed at $275 per hour. LSKS paralegal Marla D. Kelley's time was

billed at $185 per hour through June of 2012, and was paid at a rate of $180 per hour thereafter by the insurer.

14. Both AXIS Pro Insurance and the clients approved of the above-stated hourly rates as reasonable, and the clients subsequently paid the invoices that were submitted for payment (*see* **Exhibit E**) that incorporated those hourly rates (with the only exception of the $5.00 per hour disallowance by AXIS Pro for Ms. Kelley's time, totaling $ 163.00).

15. I have reviewed the survey of hourly rates charged attorneys in the Arizona legal community, as published in the Arizona Bar Association's 2013 report, *Economics of Law Practice in Arizona*, and hereby attest that the hourly rates LSKS charged for each timekeeper's legal services performed in defending this action are consistent with the rates charged by attorneys of comparable experience and expertise prevailing in the Arizona legal community. For example, the median hourly rate charged for partners in firms with 8 or more partners (LSKS had 13 partners in 2012) was $395, and the 75th percentile in that category was $450/hour. A copy of the aforementioned survey is attached hereto as **Exhibit F.**

16. In the past, courts in Colorado have approved as reasonable the following hourly rates for Thomas Kelley and myself: $455/hour in *Does v. Poudre School District*, No. 2011 CV 1118 (Colo. Dist. Ct. Larimer Cty. June 5, 2012); $425/hour for Mr. Kelley in *Brokers' Choice of America v. NBC Universal, Inc.*, No. 09-cv-00717-CMA-BNB, 2011 WL 3568165, at *9 (D. Colo. Aug. 15, 2011) (for time expended in 2009); $485/hour for Mr. Zansberg in *Larscheid v. Scripps Media, Inc.*, No. 13-CV-33746 (Denver Cty. Dist. Ct. Oct. 14, 2014).

### Reasonableness of Time Spent and Expenses Incurred

17. Attached hereto as **Exhibit E** is a true and correct copy of all of the invoices that LSKS provided to *The Herald* and its insurer, through August 3, 2015, when the Court entered its Order granting the Defendant's motion to dismiss, all of which have been paid in full. (Defendants will submit, along with their Reply, a second Declaration authenticating all invoices for attorney time expended post-judgment in preparing the Motion for Mandatory Award of Attorneys Fee's and supporting documentation, as well as the Reply). Each such invoice is derived from LSKS's contemporaneously-kept original time records and include the date, the

person(s) who performed the task, a detailed description of the task(s) performed, the amount of time spent on each task, and the dollar value of the work performed.  Prior to sending these invoices to *The Herald* and its insurer for payment, I exercised reasonable billing judgment and in the course of doing so reduced times charged to the client to account for inefficient use of attorney time and redundancies of effort, among other factors.

18. I have reviewed and have approved the time and charges set forth in the invoices attached hereto as **Exhibit E**, both prior to sending them to the client for payment, and in preparation of this declaration.  I hereby attest that that the time spent and expenses incurred, as reflected in those invoices, were reasonable and necessary under the circumstances.

19. Each of the invoices attached hereto as **Exhibit E** were reviewed by a claims processing account representative at AXIS Pro Insurance, to assure compliance with that company's Civil Litigation Guidelines for Retained Defense Counsel, and each of those invoices was approved for payment and paid in full, with the exception of $163.00 as stated above in paragraph 14.  The sum total of fees and expenses that were paid to LSKS on behalf of the Defendants herein is $87,436.50.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed:  August 31, 2015

                                                /s/ *Steven D. Zansberg*
                                                Steven D. Zansberg

# CERTIFICATE OF SERVICE

I hereby certify that on this __31st__ day of August, 2015, I electronically filed the foregoing **DECLARATION OF STEVEN D. ZANSBERG** with the Clerk of the Court using the CM/ECF electronic filing system, which will send an electronic copy of this filing to the following counsel of record:

Michael L. Piccarreta
PICCARRETA DAVIS PC
145 S. 6th Avenue
Tucson, AZ  85701
(520) 622-6900
mlp@pd-law.com

Eric M. Lieberman
RABINOWITZ, BOUDIN, STANDARD, KRINSKY & LIEBERMAN, P.C.
45 Broadway, Suite 1700
New York, NY  10006
(212) 254-1111
elieberman@rbskl.com
cklatell@rbskl.com

Michael Lee Hertzberg
45 Broadway, Suite 1700
New York, NY  10006
(212) 982-9870
mlhlaw@gis.net

                                       _s/ Marla D. Kelley_
                                       Paralegal