# EXHIBIT E

Case No. 4:12-cv-00118-FRZ

DECLARATION OF STEVEN D. ZANSBERG IN SUPPORT OF
DEFENDANTS' MOTION FOR ATTORNEY'S FEES

LSKS Invoices
April 2012 through August 2015



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

April 1, 2012                                                              Invoice 2784      SDZ

In Reference To: 20002-093 - Durango Herald adv. Delevin, et al.

Client: AXIS Pro Insurance

Claim Number: 73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 03/07/12 | TBK | L120 Analysis/Strategy<br>Review and analyze new complaint by A. Delevin et al. | 1.00<br>435.00/hr | 435.00 |
| 03/07/12 | SDZ | L110 Fact Investigation/Development<br>Review complaint and interview clients (D. Lindley and R. Ballantine) regarding underlying facts (1.0); review documents received from client (.3). | 1.30<br>435.00/hr | 565.50 |
| 03/08/12 | TBK | L120 Analysis/Strategy<br>Follow up regarding defense plan (.4); review and analyze information received from client (1.8); exchange email with D. Lindley regarding documents needed from client (.3). | 1.50<br>435.00/hr | 652.50 |
| 03/08/12 | SDZ | L110 Fact Investigation/Development<br>Review documents from client related to T. Holteen's email at center of lawsuit (.3); exchange email with client regarding corporate contacts with Arizona for possible personal jurisdiction motion (.3). | 0.60<br>435.00/hr | 261.00 |
| 03/09/12 | TBK | L110 Fact Investigation/Development<br>Review research regarding inconvenient forum in Federal Court (.6); follow up regarding initial response to complaint, insurance issues (.4). | 1.00<br>435.00/hr | 435.00 |
| 03/09/12 | SDZ | L110 Fact Investigation/Development<br>Review insurance policies potentially applicable to plaintiffs' claims (.4); exchange email and telephone conference (via voicemail) with clients regarding same and need to tender claims (.2). | 0.60<br>435.00/hr | 261.00 |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine
I.D. 20002-093 - SDZ
Re: Durango Herald adv. Delevin, et al.

April 1, 2012
Invoice  2784
Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 03/11/12 | SDZ | L110 Fact Investigation/Development<br>Review client documents. | 0.30<br>435.00/hr | 130.50 |
| 03/12/12 | TBK | L120 Analysis/Strategy<br>Analyze venue and motion to dismiss issues (1.0); telephone conference with client group concerning defense plan (.8). | 1.80<br>435.00/hr | 783.00 |
| 03/12/12 | SDZ | L110 Fact Investigation/Development<br>Review background materials in preparation for meeting with clients (.3); strategize regarding initial motions options and overall defense strategy (.3); telephone conference with T. Holteen, R. Ballantine, D. Lindley and K. Amundson regarding factual investigation and defense plan (.8); research for potential motion to dismiss on lack of "true threats" grounds (.4); research plaintiffs' background (.3). | 1.60<br>435.00/hr | 696.00 |
| 03/14/12 | TBK | L110 Fact Investigation/Development<br>Telephone conference with R. Hickey at Axis Pro. regarding defense of matter (.2); email client regarding same (.2); exchange email with client regarding facts (.2). | 0.60<br>435.00/hr | 261.00 |
| 03/14/12 | SDZ | L110 Fact Investigation/Development<br>Exchange email with T. Holteen regarding facts of concert aftermath (.2); research plaintiffs' backgrounds and surrounding facts (.7); research Ninth Circuit case law regarding actionable threats (.4). | 1.30<br>435.00/hr | 565.50 |
| 03/14/12 | MDK | L110 Fact Investigation/Development<br>Draft pro hac vice applications for S. Zansberg and T. Kelley. | 1.10<br>185.00/hr | 203.50 |
| 03/15/12 | SDZ | L110 Fact Investigation/Development<br>Legal research for potential motion to dismiss and/or affirmative defenses. | 3.00<br>435.00/hr | 1,305.00 |
| 03/16/12 | SDZ | L110 Fact Investigation/Development<br>Telephone conference (via voicemail) with plaintiffs' counsel regarding stipulated extension to respond to complaint (.1); research for possible motion to dismiss (.6). | 0.70<br>435.00/hr | 304.50 |
| 03/19/12 | SDZ | L110 Fact Investigation/Development<br>Review voicemail message from plaintiffs' counsel consenting to extension to file response to complaint. | 0.10<br>435.00/hr | 43.50 |
| 03/20/12 | SDZ | L110 Fact Investigation/Development<br>Research case law regarding "true threats". | 0.70<br>435.00/hr | 304.50 |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine
I.D. 20002-093 - SDZ
Re: Durango Herald adv. Delevin, et al.

April 1, 2012
Invoice 2784
Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 03/22/12 | SDZ | L110 Fact Investigation/Development<br>Draft stipulation for extension and proposed order granting extension. | 0.30<br>435.00/hr | 130.50 |
| 03/23/12 | SDZ | L110 Fact Investigation/Development<br>Telephone conference with plaintiffs' counsel, C. Klatell regarding stipulation (.2); revise draft stipulation for extension and proposed order and email to plaintiffs' counsel (.3); research background of plaintiffs' counsel (.2). | 0.70<br>435.00/hr | 304.50 |
| 03/26/12 | SDZ | L240 Dispositive Motions<br>Telephone conference with R. Ballantine and C. Ballantine regarding motions practice (.5); research Judge Zapata's first amendment jurisprudence (.4); supervise research for motion to dismiss (.2). | 1.10<br>435.00/hr | 478.50 |
| 03/26/12 | TBK | L240 Dispositive Motions<br>Review letters to editor regarding article on suit (.1); review "true threat" case law (1.8). | 1.90<br>435.00/hr | 826.50 |
| 03/26/12 | AMD | L240 Dispositive Motions<br>Research case law regarding direct communications and true threats. | 1.00<br>320.00/hr | 320.00 |
| 03/27/12 | SDZ | L240 Dispositive Motions<br>Exchange email with plaintiff's counsel regarding motion for extension and meet and confer (.3); research for motion to dismiss (.5); outline motion to dismiss (.5); draft motion to dismiss (3.4); telephone conference with Fort Lewis police and submit public records request (.3). | 5.00<br>435.00/hr | 2,175.00 |
| 03/27/12 | JCA | L240 Dispositive Motions<br>Research regarding Arizona's choice of law rules for tort cases and elements of intentional infliction of emotional distress under Arizona Law for use in motion to dismiss. | 1.90<br>275.00/hr | 522.50 |
| 03/27/12 | AMD | L240 Dispositive Motions<br>Research case law regarding direct communications of true threats for use in motion to dismiss. | 3.80<br>320.00/hr | 1,216.00 |
| 03/28/12 | SDZ | L240 Dispositive Motions<br>Research and draft motion to dismiss complaint (5.0); investigate facts for possible damages limitation (.5); telephone conference with T. Holteen regarding his July 11, 2011 telephone conference with plaintiff S. Plyler(.2). | 5.70<br>435.00/hr | 2,479.50 |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine
I.D. 20002-093 - SDZ
Re: Durango Herald adv. Delevin, et al.

April 1, 2012
Invoice 2784
Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 03/28/12 | JCA | L240 Dispositive Motions<br>Research regarding elements of intentional infliction of emotional distress under Arizona law and Colorado's hate crimes statute as applied to foreigners, for use in motion to dismiss. | 2.10<br>275.00/hr | 577.50 |
| 03/29/12 | SDZ | L110 Fact Investigation/Development<br>Further factual investigation into plaintiffs' claimed economic damages/canceled tour dates (.5); telephone conferences with concert venues and Taos radio station regarding interview tape (.5). | 1.00<br>435.00/hr | 435.00 |

|  |  | **For professional services rendered** | **41.70** | **$16,672.50** |
|--|--|--|--|--|

### Disbursements

| Description | Amount |
|-------------|-------:|
| Court Fees | 100.00 |
| E112 Court fees | |
| **Total Disbursements** | **$100.00** |
| **Total Amount of this Bill** | **$16,772.50** |

| Previous Balance | $0.00 |
|------------------|------:|
| **Total Amount Due** | **$16,772.50** |

# Levine Sullivan Koch & Schulz, LLP

## Timekeeper Summary

|                      | Hours  | Rate/Hour | Amount      |
|----------------------|--------|-----------|-------------|
| Thomas B. Kelley     | 7.80   | 435.00    | 3,393.00    |
| Steven D. Zansberg   | 24.00  | 435.00    | 10,440.00   |
| Marla D. Kelley      | 1.10   | 185.00    | 203.50      |
| Amba M. Datta        | 4.80   | 320.00    | 1,536.00    |
| Julia C. Atcherley   | 4.00   | 275.00    | 1,100.00    |
| **Totals**           | **41.70** |        | **$16,672.50** |

## Billing and Payment Recap

|                    | Fees      | Disbursements | Total     |
|--------------------|-----------|---------------|-----------|
| **Inception-to-Date:** |       |               |           |
| Total Billed       | 16,672.50 | 100.00        | 16,772.50 |
| Total Paid         | 0.00      | 0.00          | 0.00      |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

**LEVINE SULLIVAN KOCH & SCHULZ LLP** 06-07
**COLORADO OFFICE OPERATING ACCT**
1888 SHERMAN STREET SUITE 370
DENVER, CO 80203

1211
65-270/580

DATE 3/20/12

PAY TO THE ORDER OF _Clerk, U.S. District Court_ | $ 100.00

_One hundred and no/100_ DOLLARS

**SUNTRUST** ACH RT 061000104

FOR _Pro Hac Vice applications - T. Kelley + S. Zansberg_

20002 -293

⑆001211⑆ ⑈055002707⑈ 100004390508 ⑆





OLS-505



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

May 1, 2012                                          Invoice  2967      SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 04/02/12 | SDZ | L240 Dispositive Motions<br>Revise draft motion to dismiss (1.0); conduct further research regarding state law claims (.3). | 1.30<br>435.00/hr | 565.50 |
| 04/02/12 | TBK | L240 Dispositive Motions<br>Review and analyze Colorado hate crime statute, case law (1.7); review analogous incitement case law (3.0); strategize regarding structure of argument (.4); review Colorado criminal threat statute and analyze civil liability (1.0). | 6.10<br>435.00/hr | 2,653.50 |
| 04/03/12 | SDZ | L110 Fact Investigation/Development<br>Research J. Zapatta's scheduling order and stay of discovery practice (1.3); meet with plaintiff's counsel regarding stay of discovery and briefing schedule (.2); further factual investigation with City Parks Department (.3); research background of plaintiff's band and evidence of prior threats (.5). | 2.30<br>435.00/hr | 1,000.50 |
| 04/03/12 | TBK | L240 Dispositive Motions<br>Draft and revise arguments directed to hate crimes claims (3.0); telephone conference with opposing counsel (.4); review reader postings regarding article concerning lawsuit (.8). | 4.20<br>435.00/hr | 1,827.00 |
| 04/03/12 | SDZ | L240 Dispositive Motions<br>Review research memorandum for motion to dismiss. | 0.30<br>435.00/hr | 130.50 |
| 04/04/12 | SDZ | L240 Dispositive Motions<br>Continue drafting memorandum of points and authorities in support of motion to dismiss. | 0.60<br>435.00/hr | 261.00 |

Richard Ballantine

I.D. 20002-093 - SDZ

Re: Durango Herald adv. Delevin, et al.

May 1, 2012

Invoice  2967

Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 04/04/12 | TBK | L240 Dispositive Motions<br>Revise motion brief to include sections on Twombly pleading standard, public or general concern, absence of tort claim for threats, and minimal relevance of plaintiffs' claimed reaction (3.0); telephone conference with G. Lozow regarding legislative history of hate crime statute (.3). | 3.30<br>435.00/hr | 1,435.50 |
| 04/04/12 | AMD | L240 Dispositive Motions<br>Research whether Arizona permits an implied private right of action in criminal statutes for use in motion to dismiss (1.4); research federal case law holding that criticism of religious groups is protected speech under the First Amendment (.1). | 1.50<br>320.00/hr | 480.00 |
| 04/05/12 | SDZ | L110 Fact Investigation/Development<br>Continue factual research into plaintiff's alleged damages. | 0.40<br>435.00/hr | 174.00 |
| 04/05/12 | TBK | L240 Dispositive Motions<br>Revise motion brief (1.5); follow up regarding additional research needed (.4). | 1.90<br>435.00/hr | 826.50 |
| 04/05/12 | SDZ | L240 Dispositive Motions<br>Revise draft Motion to Dismiss. | 1.30<br>435.00/hr | 565.50 |
| 04/06/12 | SDZ | L110 Fact Investigation/Development<br>Telephone conferences with city office regarding park permit and Oriental Theater regarding canceled concert. | 0.50<br>435.00/hr | 217.50 |
| 04/06/12 | MDK | L120 Analysis/Strategy<br>Legal research regarding legislative history of hate crime statute. | 1.20<br>185.00/hr | 222.00 |
| 04/06/12 | TBK | L240 Dispositive Motions<br>Strategize regarding additions to brief in support of motion to dismiss. | 0.30<br>435.00/hr | 130.50 |
| 04/06/12 | SDZ | L240 Dispositive Motions<br>Continue to research and revise draft motion to dismiss (4.0); send memoranda to clients regarding motion, public records, and telephone conference with  plaintiffs' counsel (.7). | 4.70<br>435.00/hr | 2,044.50 |
| 04/06/12 | MDK | L240 Dispositive Motions<br>Factual research regarding procedures for obtaining recordings from Colorado State Archives. | 0.50<br>185.00/hr | 92.50 |
| 04/08/12 | SDZ | L240 Dispositive Motions<br>Revise draft motion to dismiss. | 0.20<br>435.00/hr | 87.00 |

## Levine Sullivan Koch & Schulz, LLP

Richard Ballantine                                                    May 1, 2012
I.D. 20002-093 - SDZ                                              Invoice  2967
Re: Durango Herald adv. Delevin, et al.                                 Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 04/09/12 | TBK | L240 Dispositive Motions<br>Revise motion brief. | 1.80<br>435.00/hr | 783.00 |
| 04/09/12 | AMD | L240 Dispositive Motions<br>Research whether Arizona permits an implied private right of action in criminal statutes (2.0); research whether Arizona criminalizes threats or threatening conduct (1.0); research whether Arizona permits tort cause of action for threats, either common law or statutory (1.0); research federal case law holding criticism of religious groups is protected by First Amendment (.2). | 4.20<br>320.00/hr | 1,344.00 |
| 04/09/12 | SDZ | L240 Dispositive Motions<br>Revise draft brief in support of motion to dismiss (3.7); draft accompanying motion (.2). | 3.90<br>435.00/hr | 1,696.50 |
| 04/10/12 | MDK | L240 Dispositive Motions<br>Research case histories and review citations and quotations in brief in support of motion to dismiss for accuracy. | 0.70<br>185.00/hr | 129.50 |
| 04/10/12 | SDZ | L240 Dispositive Motions<br>Revise draft brief in support of motion to dismiss (2.8); draft motion for over-length brief and proposed order (.7); exchange email with clients regarding filings and corporate disclosure statement (.3). | 3.80<br>435.00/hr | 1,653.00 |
| 04/10/12 | TBK | L240 Dispositive Motions<br>Revise motion brief regarding state law grounds (1.8); draft email to opposing counsel regarding motion to stay discovery (.3); revise motion for over-length brief (.3). | 2.40<br>435.00/hr | 1,044.00 |
| 04/11/12 | MDK | L240 Dispositive Motions<br>Research case histories and review citations and quotations in motion to dismiss for accuracy (6.0); review and prepare exhibits to declaration of S. Zansberg (.5); review citations and quotations in motion to dismiss and motion for over-length briefing for accuracy (1.0); review and prepare motions and exhibits for filing in U.S. District Court for Arizona (.5). | 8.00<br>185.00/hr | 1,480.00 |
| 04/11/12 | SDZ | L110 Fact Investigation/Development<br>Exchange email with T. Holteen regarding electronic records and witnesses. | 0.20<br>435.00/hr | 87.00 |
| 04/11/12 | TBK | L240 Dispositive Motions<br>Revise motion papers. | 1.00<br>435.00/hr | 435.00 |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine        May 1, 2012
I.D. 20002-093 - SDZ        Invoice 2967
Re: Durango Herald adv. Delevin, et al.        Page 4

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 04/11/12 | SDZ | L120 Analysis/Strategy | 1.00 | 435.00 |
| | | Draft initial case assessment and litigation plan correspondence to R. Hickey. | 435.00/hr | |
| 04/11/12 | SDZ | L240 Dispositive Motions | 2.80 | 1,218.00 |
| | | Revise draft brief in support of motion to dismiss to include police case report as exhibit (1.5); exchange email with clients regarding same and corporate disclosure forms (.3); draft declaration of S. Zansberg to authenticate exhibits (.5); review cite check and final review of brief and accompanying motions papers (.5) | 435.00/hr | |
| 04/11/12 | SDZ | L350 Discovery Motions | 0.20 | 87.00 |
| | | Telephone conference with D. Reich regarding stay of discovery. | 435.00/hr | |
| 04/11/12 | SDZ | L310 Written Discovery | 1.80 | 783.00 |
| | | Research possible witnesses for Rule 26(a)(1) disclosures (.3); review recent threats case law (1.5). | 435.00/hr | |
| 04/11/12 | TBK | L350 Discovery Motions | 1.50 | 652.50 |
| | | Telephone conference with opposing counsel regarding motion for stay (.3); begin drafting motion for stay (1.2). | 435.00/hr | |
| 04/12/12 | SDZ | L110 Fact Investigation/Development | 0.70 | 304.50 |
| | | Exchange email and telephone conference with J. Sherman at James L. Little Theater in Santa Fe, NM (.5); contact prospective witness (.2). | 435.00/hr | |
| 04/12/12 | TBK | L120 Analysis/Strategy | 0.50 | 217.50 |
| | | Review and revise initial evaluation correspondence to Axis. | 435.00/hr | |
| 04/12/12 | AMD | L350 Discovery Motions | 0.30 | 96.00 |
| | | Research legal standard applicable to stays of discovery in Arizona federal district court and Ninth Circuit. | 320.00/hr | |
| 04/12/12 | SDZ | L120 Analysis/Strategy | 1.20 | 522.00 |
| | | Continue to draft case assessment and litigation plan/budget for R. Hickey and clients. | 435.00/hr | |
| 04/12/12 | SDZ | L350 Discovery Motions | 0.30 | 130.50 |
| | | Revise motion to stay discovery. | 435.00/hr | |
| 04/12/12 | TBK | L350 Discovery Motions | 1.80 | 783.00 |
| | | Complete first draft of motion for stay. | 435.00/hr | |

Richard Ballantine
I.D. 20002-093 - SDZ
Re: Durango Herald adv. Delevin, et al.

May 1, 2012
Invoice 2967
Page 5

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 04/13/12 | SDZ | L120 Analysis/Strategy<br>Revise draft litigation plan and initial case assessment for client review. | 1.00<br>435.00/hr | 435.00 |
| 04/13/12 | TBK | L350 Discovery Motions<br>Revise motion for stay and order (1.5); draft email to opposing counsel regarding same (.3). | 1.80<br>435.00/hr | 783.00 |
| 04/13/12 | AMD | L350 Discovery Motions<br>Research legal standard applicable to stays of discovery in Arizona federal district court and Ninth Circuit for use in motion to stay discovery. | 1.50<br>320.00/hr | 480.00 |
| 04/16/12 | TBK | L350 Discovery Motions<br>Telephone conference with opposing counsel regarding discovery schedule, stay, and briefing (.4); review and approve proposed briefing stipulation (.3); exchange email with clients regarding motion to stay (.3); revise motion per discussions with opposing counsel (.6). | 1.60<br>435.00/hr | 696.00 |
| 04/16/12 | SDZ | L240 Dispositive Motions<br>Revise draft stipulation for extension of time for briefing on motion to dismiss and email D. Reich. | 0.20<br>435.00/hr | 87.00 |
| 04/16/12 | AMD | L350 Discovery Motions<br>Summarize findings regarding legal standard applicable to stays of discovery in Arizona federal district court and Ninth Circuit. | 2.20<br>320.00/hr | 704.00 |
| 04/16/12 | SDZ | L120 Analysis/Strategy<br>Revise draft litigation defense plan. | 0.30<br>435.00/hr | 130.50 |
| 04/16/12 | SDZ | L350 Discovery Motions<br>Exchange email with plaintiff's lawyer regarding stay of discovery. | 0.10<br>435.00/hr | 43.50 |
| 04/17/12 | TBK | L350 Discovery Motions<br>Exchange email with opposing counsel regarding stay of discovery. | 0.40<br>435.00/hr | 174.00 |
| 04/18/12 | SDZ | L110 Fact Investigation/Development<br>Research possible limitations on damages under Colorado law. | 0.50<br>435.00/hr | 217.50 |
| 04/18/12 | MDK | L350 Discovery Motions<br>Research case histories and review citations and quotations in motion for stay of discovery for accuracy. | 1.50<br>185.00/hr | 277.50 |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine
I.D. 20002-093 - SDZ
Re: Durango Herald adv. Delevin, et al.

May 1, 2012
Invoice  2967
Page 6

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 04/18/12 | TBK | L350 Discovery Motions<br>Exchange email with opposing counsel regarding terms of stay (.6); revise motion per agreements with counsel (.5). | 1.10<br>435.00/hr | 478.50 |
| 04/18/12 | AMD | L120 Analysis/Strategy<br>Research caps on punitive damages under Arizona law (1.0); summarize findings (.5). | 1.50<br>320.00/hr | 480.00 |
| 04/19/12 | SDZ | L310 Written Discovery<br>Draft defendants' written discovery. | 0.40<br>435.00/hr | 174.00 |
| 04/20/12 | SDZ | L120 Analysis/Strategy<br>Revise draft litigation defense plan and send to clients for review/approval (.5); review research regarding damages cap and choice of law (.3). | 0.80<br>435.00/hr | 348.00 |
| 04/20/12 | TBK | L350 Discovery Motions<br>Exchange email with Judge's chambers concerning proposed order. | 0.30<br>435.00/hr | 130.50 |
| 04/23/12 | SDZ | L350 Discovery Motions<br>Review judge's order regarding stay (.1); email same to clients with comment on discovery (.1). | 0.20<br>435.00/hr | 87.00 |
| 04/23/12 | SDZ | L310 Written Discovery<br>Draft Rule 26(a)(1) disclosures (.4); revise draft written discovery requests (.2). | 0.60<br>435.00/hr | 261.00 |
| 04/24/12 | SDZ | L120 Analysis/Strategy<br>Exchange email with R. Hickey and clients regarding approval of defense plan and budget (.2); revise draft interrogatories and document requests (.3). | 0.50<br>435.00/hr | 217.50 |
| 04/25/12 | TBK | L310 Written Discovery<br>Review and revise drafts of discovery. | 0.60<br>435.00/hr | 261.00 |
| 04/30/12 | SDZ | L310 Written Discovery<br>Revise draft Rule 26(a)(1) disclosures and first set of written discovery. | 0.30<br>435.00/hr | 130.50 |

**For professional services rendered**          **86.10**     **$33,190.50**

**Disbursements**

Richard Ballantine

May 1, 2012

I.D. 20002-093 - SDZ

Invoice  2967

Re: Durango Herald adv. Delevin, et al.

Page 7

| Description | Amount |
|---|---|
| Litigation Support Vendors | 230.00 |
| E118 Litigation support vendors | |
| | _____ |
| **Total Disbursements** | **$230.00** |
| **Total Amount of this Bill** | **$33,420.50** |
| Previous Balance | $16,772.50 |
| **Total Amount Due** | **$50,193.00** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Richard Ballantine | May 1, 2012 |
| I.D. 20002-093 - SDZ | Invoice 2967 |
| Re: Durango Herald adv. Delevin, et al. | Page 8 |

## Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Thomas B. Kelley | 30.60 | 435.00 | 13,311.00 |
| Steven D. Zansberg | 32.40 | 435.00 | 14,094.00 |
| Marla D. Kelley | 11.90 | 185.00 | 2,201.50 |
| Amba M. Datta | 11.20 | 320.00 | 3,584.00 |
| **Totals** | **86.10** | | **$33,190.50** |

## Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 49,863.00 | 330.00 | 50,193.00 |
| Total Paid | 0.00 | 0.00 | 0.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605

**LEVINE SULLIVAN KOCH & SCHULZ LLP** 06-07
**COLORADO OFFICE OPERATING ACCT**
1888 SHERMAN STREET SUITE 370
DENVER, CO 80203

**1218**
66-270/550

DATE 4/13/12

PAY TO THE ORDER OF ___Colorado State Archives___ | $ 230.00

Two hundred thirty and no/100 _____ DOLLARS

**SUNTRUST** ACH RT 061000104

FOR _legislative history - hate crimes statute_

20002-093   ⑈001218⑈ ⑆05500270⑇ 100004390508⑈





OLS-547



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

June 1, 2012                                                                                     Invoice  3138      SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 05/09/12 | MDK | L250 Other Written Motions and Submissions<br>Draft application for pro hac vice motion for T. Kelley. | 0.50<br>185.00/hr | 92.50 |
| 05/09/12 | SDZ | L110 Fact Investigation/Development<br>Telephone conference with theater owner at Oriental Theater in Denver regarding canceled concert by plaintiffs and records/emails documenting same. | 0.30<br>435.00/hr | 130.50 |
| 05/16/12 | SDZ | L240 Dispositive Motions<br>Initial review of plaintiffs' response to motion to dismiss and draft cover memorandum to clients. | 0.20<br>435.00/hr | 87.00 |
| 05/16/12 | TBK | L240 Dispositive Motions<br>Review plaintiff's response brief (1.0); outline response to hate-crime argument (.5). | 1.50<br>435.00/hr | 652.50 |
| 05/17/12 | SDZ | L240 Dispositive Motions<br>Review plaintiffs' response to motion to dismiss and outline points for reply. | 1.50<br>435.00/hr | 652.50 |
| 05/18/12 | SDZ | L120 Analysis/Strategy<br>Exchange email with D. Reich regarding extension of time and over-length reply (.3); outline both motions (.2). | 0.50<br>435.00/hr | 217.50 |
| 05/20/12 | SDZ | L240 Dispositive Motions<br>Begin drafting reply in support of motion to dismiss. | 2.30<br>435.00/hr | 1,000.50 |
| 05/21/12 | SDZ | L240 Dispositive Motions<br>Continue to draft reply in support of motion to dismiss (3.4); review | 3.90<br>435.00/hr | 1,696.50 |

**Levine Sullivan Koch & Schulz, LLP**

Richard Ballantine                                      June 1, 2012
I.D. 20002-093 - SDZ                                   Invoice 3138
Re: Durango Herald adv. Delevin, et al.                    Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| | | motion for over length reply (.2); outline topics needing legal research (.3). | | |
| 05/21/12 | TBK | L240 Dispositive Motions<br>Complete review of legislative history of hate crime statute (1.0); draft hate crime section of reply brief (1.6); draft declaration of M. Kelley (.4). | 3.00<br>435.00/hr | 1,305.00 |
| 05/21/12 | MDK | L240 Dispositive Motions<br>Prepare templates for motion for extension of time to file reply in support of motion to dismiss and motion to file over-length brief. | 0.50<br>185.00/hr | 92.50 |
| 05/22/12 | SDZ | L240 Dispositive Motions<br>Finalize over-length motion (.2); draft reply to motion to dismiss (1.9). | 2.10<br>435.00/hr | 913.50 |
| 05/22/12 | TBK | L240 Dispositive Motions<br>Revise reply brief and M. Kelley's declaration. | 1.60<br>435.00/hr | 696.00 |
| 05/23/12 | SDZ | L240 Dispositive Motions<br>Continue to draft reply in support of motion to dismiss. | 2.80<br>435.00/hr | 1,218.00 |
| 05/24/12 | SDZ | L240 Dispositive Motions<br>Research and draft reply in support of motion to dismiss. | 2.50<br>435.00/hr | 1,087.50 |
| 05/24/12 | SDJ | L240 Dispositive Motions<br>Conduct research regarding intentional infliction of emotional distress and true threat issues for reply brief. | 3.00<br>320.00/hr | 960.00 |
| 05/25/12 | SDZ | L240 Dispositive Motions<br>Continue to draft reply in support of motion. | 3.50<br>435.00/hr | 1,522.50 |
| 05/25/12 | SDJ | L240 Dispositive Motions<br>Conduct additional research regarding intentional infliction of emotional distress and true threat issues for reply brief. | 2.50<br>320.00/hr | 800.00 |
| 05/26/12 | SDZ | L240 Dispositive Motions<br>Research for reply in support of motion to dismiss. | 0.70<br>435.00/hr | 304.50 |
| 05/26/12 | TBK | L240 Dispositive Motions<br>Review and revise sections of reply brief. | 2.00<br>435.00/hr | 870.00 |

**Levine Sullivan Koch & Schulz, LLP**

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 05/28/12 | SDZ | L240 Dispositive Motions<br>Revise reply in support of motion to dismiss. | 1.30<br>435.00/hr | 565.50 |
| 05/29/12 | SDZ | L240 Dispositive Motions<br>Revise intentional infliction section of draft reply brief (.8); exchange email with clients regarding reply brief (.2). | 1.00<br>435.00/hr | 435.00 |
| 05/30/12 | MDK | L240 Dispositive Motions<br>Research case histories and review citations and quotations in reply brief in support of motion to dismiss for accuracy. | 2.50<br>185.00/hr | 462.50 |
| 05/31/12 | TBK | L110 Fact Investigation/Development<br>Final review of reply brief. | 0.50<br>435.00/hr | 217.50 |
| 05/31/12 | SDZ | L120 Analysis/Strategy<br>Revise draft motion for over-length reply and proposed order (.2); review cite check and make final revisions to reply (.5). | 0.70<br>435.00/hr | 304.50 |
| 05/31/12 | MDK | L240 Dispositive Motions<br>Continue to research case histories and review citations and quotations in reply in support of motion to dismiss for accuracy. | 3.90<br>185.00/hr | 721.50 |

|  |  |  |  |  |
|---|---|---|---|---|
| **For professional services rendered** | | | **44.80** | **$17,005.50** |

| **Total Amount of this Bill** | **$17,005.50** |
|---|---|

| Previous Balance | $50,193.00 |
|---|---|
| **Total Amount Due** | **$67,198.50** |

## Levine Sullivan Koch & Schulz, LLP

| Richard Ballantine | June 1, 2012 |
|---|---|
| I.D. 20002-093 - SDZ | Invoice 3138 |
| Re: Durango Herald adv. Delevin, et al. | Page 4 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Thomas B. Kelley | 8.60 | 435.00 | 3,741.00 |
| Steven D. Zansberg | 23.30 | 435.00 | 10,135.50 |
| Shaina D. Jones | 5.50 | 320.00 | 1,760.00 |
| Marla D. Kelley | 7.40 | 185.00 | 1,369.00 |
| **Totals** | **44.80** | | **$17,005.50** |

### Billing and Payment Recap

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 66,868.50 | 330.00 | 67,198.50 |
| Total Paid | 0.00 | 0.00 | 0.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

July 1, 2012                                            Invoice 3238     SDZ

In Reference To: 20002-093 - Durango Herald adv. Delevin, et al.

Client: AXIS Pro Insurance

Claim Number: 73952

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 06/01/12 | SDZ | L110 Fact Investigation/Development<br>Revise draft Rule 26(a)(1) disclosures (.2); email court filings and draft disclosures to client (.2). | 0.40<br>435.00/hr | 174.00 |
| 06/07/12 | SDZ | L120 Analysis/Strategy<br>Review written discovery propounded by plaintiff (.3); email same to client with instructions and request for meeting to discuss responses (.2). | 0.50<br>435.00/hr | 217.50 |
| 06/11/12 | SDZ | L120 Analysis/Strategy<br>Review plaintiff's motion to strike or for sur-reply and proposed sur-reply (.4); email to clients regarding same (.2); research for and draft opposition to motion to strike (1.8); exchange email with clients regarding discovery (.2); revise draft of written discovery (.2). | 2.80<br>435.00/hr | 1,218.00 |
| 06/11/12 | TBK | L120 Analysis/Strategy<br>Review plaintiffs' motion to file sur-reply (.7); follow up regarding division of tasks in responding to same (.3). | 1.00<br>435.00/hr | 435.00 |
| 06/12/12 | SDZ | L110 Fact Investigation/Development<br>Telephone conference with T. Holteen regarding discovery responses (.2); telephone conference with D. Groft (witness) (.2); revise draft Rule 26(a)(1) disclosures (.5); telephone conference with potential witness J. Hanks (.2). | 1.10<br>435.00/hr | 478.50 |
| 06/13/12 | SDZ | L110 Fact Investigation/Development<br>Review plaintiff's initial disclosures (.3); exchange email with plaintiff's counsel regarding document production (.2); revise and serve defendants' initial disclosures (1.0); revise defendants' interrogatories | 2.30<br>435.00/hr | 1,000.50 |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine     July 1, 2012
I.D. 20002-093 - SDZ     Invoice 3238
Re: Durango Herald adv. Delevin, et al.     Page 2

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| | | and request for production of documents (.3); research for opposition to motion to strike (.5). | | |
| 06/13/12 | SDZ | L110 Fact Investigation/Development<br>Research for response to motion to strike reply brief. | 0.50<br>435.00/hr | 217.50 |
| 06/13/12 | TBK | L110 Fact Investigation/Development<br>Revise discovery and disclosures (.6); draft responses to plaintiffs' discovery (.3). | 0.90<br>435.00/hr | 391.50 |
| 06/14/12 | SDZ | L110 Fact Investigation/Development<br>Research for and revise opposition to motion to strike. | 0.70<br>435.00/hr | 304.50 |
| 06/15/12 | SDZ | L110 Fact Investigation/Development<br>Meeting with clients regarding responses to plaintiff's first set of written discovery and revisions to defendant's written discovery (.9); draft responses to plaintiff's first set of written discovery (1.0); draft opposition to motion to strike reply (2.9). | 4.80<br>435.00/hr | 2,088.00 |
| 06/15/12 | TBK | L120 Analysis/Strategy<br>Telephone conference with clients regarding discovery responses (.7); revise discovery to plaintiff (.3). | 1.00<br>435.00/hr | 435.00 |
| 06/16/12 | TBK | L110 Fact Investigation/Development<br>Review and revise draft motion to dismiss. | 1.80<br>435.00/hr | 783.00 |
| ~~06/19/12~~ | ~~MXB~~ | ~~L110 Fact Investigation/Development~~<br>~~Research government interest in criminal versus civil remedies for opposition to motion to strike.~~    Excluded from Fee Request | ~~1.10~~<br>~~320.00/hr~~ | ~~352.00~~ |
| 06/19/12 | TBK | L310 Written Discovery<br>Revise response to motion to strike (1.0); exchange email with opposing counsel regarding extension for discovery responses (.3); finalize written discovery to plaintiff (.6). | 1.90<br>435.00/hr | 826.50 |
| 06/21/12 | MDK | L210 Pleadings<br>Research case histories and review citations and quotations in opposition to motion to strike for accuracy. | 3.00<br>185.00/hr | 555.00 |
| 06/22/12 | MDK | L210 Pleadings<br>Continue to research case histories and review citations and quotations in opposition to motion to strike for accuracy. | 2.00<br>185.00/hr | 370.00 |

Richard Ballantine         July 1, 2012
I.D. 20002-093 - SDZ       Invoice 3238
Re: Durango Herald adv. Delevin, et al.    Page 3

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| | | **For professional services rendered** | **25.80** | **$9,846.50** |

| | |
|---|---|
| Credit Applied - This Bill | ($48.00) |
| **Total Amount of this Bill** | **$9,798.50** |

| | |
|---|---|
| Previous Balance | $67,198.50 |
|  Payments: | |
|   06/26/12 Payment - Thank You - Check No. 91961 | ($24,670.00) |
|   Payor:  Durango Herald | |
|   06/26/12 Payment - Thank You - Check No. 91961 | ($330.00) |
|   Payor:  Durango Herald | |
|   07/03/12 Payment - Thank You - Check No. 17631 | ($42,198.50) |
|   Payor:  AXIS Insurance - share of invoices after $25,000 s | |
|  Total Payments | ($67,198.50) |
| Credit Applied - This Bill | ($48.00) |
| **Total Amount Due** | **$9,798.50** |

## Levine Sullivan Koch & Schulz, LLP

| | |
|---|---|
| Richard Ballantine | July 1, 2012 |
| I.D. 20002-093 - SDZ | Invoice  3238 |
| Re: Durango Herald adv. Delevin, et al. | Page  4 |

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Thomas B. Kelley | 6.60 | 435.00 | 2,871.00 |
| Steven D. Zansberg | 13.10 | 435.00 | 5,698.50 |
| Marla D. Kelley | 5.00 | 185.00 | 925.00 |
| Michael Beylkin  [Excluded from Fee Request] | 1.10 | 320.00 | 352.00 |
| **Totals** | **25.80** | | **$9,846.50** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 76,715.00 | 330.00 | 77,045.00 |
| Total Paid | 66,868.50 | 330.00 | 67,198.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango,  CO  81302

August 1, 2012                                                          Invoice  3497      SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 07/10/12 | SDZ | L110 Fact Investigation/Development<br>Revise draft discovery and cover letter transmitting same. | 0.50<br>435.00/hr | 217.50 |
| 07/10/12 | TBK | L120 Analysis/Strategy<br>Follow up regarding interrogatory schedule. | 0.30<br>435.00/hr | 130.50 |
| 07/26/12 | SDZ | L110 Fact Investigation/Development<br>Revise draft responses to plaintiff's first set of written discovery (.5); transmit to clients with instructions for review (.2). | 0.70<br>435.00/hr | 304.50 |
| 07/27/12 | SDZ | L110 Fact Investigation/Development<br>Revise draft discovery responses (.2); exchange email with K. Amundson, T. Holteen and D. Lindley regarding discovery responses (.3). | 0.50<br>435.00/hr | 217.50 |
| 07/30/12 | SDZ | L110 Fact Investigation/Development<br>Exchange email with T. Holteen regarding discovery responses (.2); telephone conference and email with plaintiff's counsel regarding extension (.3); revise and finalize corporate defendants' responses to interrogatories and request for production of documents (.5). | 1.00<br>435.00/hr | 435.00 |

|  |  |  |  |  |
|------|------|-------------|-----------:|-------:|
| | | **For professional services rendered** | **3.00** | **$1,305.00** |

| | | **Total Amount of this Bill** | | **$1,305.00** |
|------|------|-------------|-----------:|-------:|
| | | Previous Balance | | $9,846.50 |

**Levine Sullivan Koch & Schulz, LLP**

Richard Ballantine                                               August 1, 2012
I.D. 20002-093 - SDZ                                             Invoice  3497
Re: Durango Herald adv. Delevin, et al.                             Page  2

Advanced Deposit/Payment from Trust                              ($48.00)

**Total Amount Due**                                             **$11,103.50**

### Timekeeper Summary

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Thomas B. Kelley | 0.30 | 435.00 | 130.50 |
| Steven D. Zansberg | 2.70 | 435.00 | 1,174.50 |
| **Totals** | **3.00** | | **$1,305.00** |

### Billing and Payment Recap

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 78,020.00 | 330.00 | 78,350.00 |
| Total Paid | 66,916.50 | 330.00 | 67,246.50 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

September 1, 2012                                                                     Invoice 3692      SDZ

In Reference To: 20002-093 - Durango Herald adv. Delevin, et al.

Client: AXIS Pro Insurance

Claim Number: 73952

---

## Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 08/02/12 | SDZ | L310 Written Discovery<br>Revise draft of discovery responses for T. Holteen (1.0); telephone conference with T. Holteen to review and revise same (.7). | 1.70<br>435.00/hr | 739.50 |
| 08/03/12 | SDZ | L310 Written Discovery<br>Revise and finalize T. Holteen's discovery responses and serve on plaintiff's counsel. | 0.60<br>435.00/hr | 261.00 |
| 08/10/12 | SDZ | L310 Written Discovery<br>Draft stipulated protective order (.4); draft email to plaintiff's counsel regarding same (.1). | 0.50<br>435.00/hr | 217.50 |
| 08/14/12 | SDZ | L310 Written Discovery<br>Further revisions to draft protective order (.3); submit to plaintiff's counsel for review (.2). | 0.50<br>435.00/hr | 217.50 |
| 08/24/12 | SDZ | L310 Written Discovery<br>Exchange email with D. Lindley regarding case status (.2); exchange email with plaintiff's counsel regarding outstanding discovery (.1). | 0.30<br>435.00/hr | 130.50 |

| | | | | |
|------|------|------|------|------|
| | **For professional services rendered** | | **3.60** | **$1,566.00** |

| | | |
|---|---|---|
| Credit Applied - This Bill | | ($23.00) |
| **Total Amount of this Bill** | | **$1,543.00** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Richard Ballantine | September 1, 2012 |
| I.D. 20002-093 - SDZ | Invoice 3692 |
| Re: Durango Herald adv. Delevin, et al. | Page 2 |

| | |
|---|---|
| Previous Balance | $11,103.50 |
| Payments: | |
| 09/05/12 Payment - Thank You - Check No. 18295 | ($11,103.50) |
| Payor: AXIS Insurance Company | |
| Total Payments | ($11,103.50) |
| Credit Applied - This Bill | ($23.00) |
| **Total Amount Due** | **$1,543.00** |

## Levine Sullivan Koch & Schulz, LLP

Richard Ballantine
I.D. 20002-093 - SDZ
Re: Durango Herald adv. Delevin, et al.

September 1, 2012
Invoice  3692
Page  3

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 3.60 | 435.00 | 1,566.00 |
| **Totals** | **3.60** |  | **$1,566.00** |

### Billing and Payment Recap

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** |  |  |  |
| Total Billed | 79,586.00 | 330.00 | 79,916.00 |
| Total Paid | 78,020.00 | 330.00 | 78,350.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango,  CO  81302

October 1, 2012                                        Invoice  3830      SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 09/13/12 | SDZ | L310 Written Discovery | 0.30 | 130.50 |
|  |  | Review plaintiffs' document production. | 435.00/hr |  |
| 09/18/12 | SDZ | L310 Written Discovery | 0.30 | 130.50 |
|  |  | Review plaintiffs' response to first set of interrogatories. | 435.00/hr |  |
| 09/24/12 | SDZ | L390 Other Discovery | 0.40 | 174.00 |
|  |  | Exchange email and telephone conference with D. Reich regarding draft protective order. | 435.00/hr |  |
| 09/28/12 | SDZ | L390 Other Discovery | 0.20 | 87.00 |
|  |  | Exchange email with D. Reich regarding stipulated protective order. | 435.00/hr |  |

|  |  | **For professional services rendered** | **1.20** | **$522.00** |
|------|------|-------------|------------|--------|

|  | **Total Amount of this Bill** | **$522.00** |
|---|---|---|

| Previous Balance | $1,566.00 |
|---|---|
| Advanced Deposit/Payment from Trust | ($23.00) |
| **Total Amount Due** | **$2,065.00** |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine
I.D. 20002-093 - SDZ
Re: Durango Herald adv. Delevin, et al.

October 1, 2012
Invoice  3830
Page  2

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 1.20 | 435.00 | 522.00 |
| **Totals** | **1.20** |  | **$522.00** |

## Billing and Payment Recap

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** |  |  |  |
| Total Billed | 80,108.00 | 330.00 | 80,438.00 |
| Total Paid | 78,043.00 | 330.00 | 78,373.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

November 1, 2012                                                    Invoice 3997       SDZ

In Reference To: 20002-093 - Durango Herald adv. Delevin, et al.

Client: AXIS Pro Insurance

Claim Number: 73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 10/02/12 | SDZ | L120 Analysis/Strategy | 0.20 | 87.00 |
|  |  | Exchange email with D. Reich regarding draft motion for entry of protective order. | 435.00/hr | |
| 10/03/12 | MDK | L310 Written Discovery | 1.00 | 185.00 |
|  |  | Prepare discovery produced by plaintiffs for review. | 185.00/hr | |

|  |  | **For professional services rendered** | **1.20** | **$272.00** |
|------|------|-------------|-----------:|-------:|

| **Total Amount of this Bill** | **$272.00** |
|-------------------------------|------------:|

| Previous Balance | $2,065.00 |
|------------------|----------:|

| **Total Amount Due** | **$2,337.00** |
|----------------------|-------------:|

# Levine Sullivan Koch & Schulz, LLP

## Timekeeper Summary

|                     | Hours | Rate/Hour | Amount   |
|---------------------|-------|-----------|----------|
| Steven D. Zansberg  | 0.20  | 435.00    | 87.00    |
| Marla D. Kelley     | 1.00  | 185.00    | 185.00   |
| **Totals**          | **1.20** |        | **$272.00** |

## Billing and Payment Recap

|                       | Fees      | Disbursements | Total     |
|-----------------------|-----------|---------------|-----------|
| **Inception-to-Date:**|           |               |           |
| Total Billed          | 80,380.00 | 330.00        | 80,710.00 |
| Total Paid            | 78,043.00 | 330.00        | 78,373.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango,  CO  81302

February 1, 2013                                                Invoice  4704      SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 01/18/13 | SDZ | L120 Analysis/Strategy | 0.20 | 87.00 |
| | | Exchange email with K. Amundson regarding case status. | 435.00/hr | |

| | | | |
|------|------|-----------|--------|
| **For professional services rendered** | | **0.20** | **$87.00** |

| | |
|---|---|
| Credit Applied - This Bill | ($23.00) |
| **Total Amount of this Bill** | **$64.00** |

| | |
|---|---|
| Previous Balance | $272.00 |
| Payments: | |
| 12/18/12   Payment - Thank You - Check No. 19580 | ($272.00) |
| Payor:  AXIS Insurance Company | |
| Total Payments | ($272.00) |
| Credit Applied - This Bill | ($23.00) |
| **Total Amount Due** | **$64.00** |

## Levine Sullivan Koch & Schulz, LLP

Richard Ballantine February 1, 2013
I.D. 20002-093 - SDZ Invoice  4704
Re: Durango Herald adv. Delevin, et al. Page  2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 0.20 | 435.00 | 87.00 |
| **Totals** | **0.20** |  | **$87.00** |

### Billing and Payment Recap

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** |  |  |  |
| Total Billed | 80,467.00 | 330.00 | 80,797.00 |
| Total Paid | 80,380.00 | 330.00 | 80,710.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

April 1, 2013                                                                  Invoice 5215      SDZ

In Reference To: 20002-093 - Durango Herald adv. Delevin, et al.

Client: AXIS Pro Insurance

Claim Number: 73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 03/26/13 | SDZ | L120 Analysis/Strategy | 0.40 | 174.00 |
| | | Review judge's order on various motions and setting oral argument on motion to dismiss (.2); exchange email with clients and R. Hickey regarding same (.2). | 435.00/hr | |

| | | | | |
|------|------|-------------|-----------|--------|
| | **For professional services rendered** | | **0.40** | **$174.00** |

| | | |
|------|------|------|
| Credit Applied - This Bill | | ($23.00) |
| **Total Amount of this Bill** | | **$151.00** |

| | | |
|------|------|------|
| Previous Balance | | $87.00 |
| Payments: | | |
| 03/21/13   Payment - Thank You - Check No. 20885 | | ($64.00) |
| Payor: AXIS Insurance Company | | |
| Total Payments | | ($64.00) |
| Advanced Deposit/Payment from Trust | | ($23.00) |
| Credit Applied - This Bill | | ($23.00) |
| **Total Amount Due** | | **$151.00** |

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine

I.D. 20002-093 - SDZ

Re: Durango Herald adv. Delevin, et al.

April 1, 2013

Invoice 5215

Page 2

## Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 0.40 | 435.00 | 174.00 |
| **Totals** | **0.40** |  | **$174.00** |

## Billing and Payment Recap

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** |  |  |  |
| Total Billed | 80,641.00 | 330.00 | 80,971.00 |
| Total Paid | 80,467.00 | 330.00 | 80,797.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

May 1, 2013                                                         Invoice  5258        SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 04/17/13 | SDZ | L120 Analysis/Strategy | 1.00 | 435.00 |
| | | Research recently decided Ninth Circuit case law on "true threats" for oral argument. | 435.00/hr | |
| 04/20/13 | SDZ | L110 Fact Investigation/Development | 1.20 | 522.00 |
| | | Review recent Ninth Circuit case law on "true threats" in preparation for oral argument on May 21. | 435.00/hr | |

|  |  | **For professional services rendered** | **2.20** | **$957.00** |
|--|--|----------------------------------------|----------|-----------|

| **Total Amount of this Bill** | **$957.00** |
|-------------------------------|-------------|

| Previous Balance | $174.00 |
|------------------|---------|
| Advanced Deposit/Payment from Trust | ($23.00) |

| **Total Amount Due** | **$1,108.00** |
|----------------------|---------------|

## Levine Sullivan Koch & Schulz, LLP

| Richard Ballantine | May 1, 2013 |
| I.D. 20002-093 - SDZ | Invoice  5258 |
| Re: Durango Herald adv. Delevin, et al. | Page  2 |

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 2.20 | 435.00 | 957.00 |
| **Totals** | **2.20** |  | **$957.00** |

### Billing and Payment Recap

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** |  |  |  |
| Total Billed | 81,598.00 | 330.00 | 81,928.00 |
| Total Paid | 80,490.00 | 330.00 | 80,820.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

July 1, 2013                                                                 Invoice  5670       SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------:|-------:|
| 06/04/13 | SDZ | L440 Other Trial Preparation and Support<br>Prepare for oral argument/hearing on motion to dismiss. | 1.00<br>435.00/hr | 435.00 |
| 06/06/13 | SDZ | L110 Fact Investigation/Development<br>Exchange email with M. Hertzberg regarding missing CD-rom<br>exhibits and arrange for duplicate copies. | 0.40<br>435.00/hr | 174.00 |
| 06/07/13 | SDZ | L110 Fact Investigation/Development<br>Telephone conference with plaintiff's counsel regarding continuance<br>of motion hearing (.1); draft email to clients and R. Hickey regarding<br>same (.2). | 0.30<br>435.00/hr | 130.50 |

| | | **For professional services rendered** | **1.70** | **$739.50** |
|------|------|-------------|-----------:|-------:|

| | Credit Applied - This Bill | ($23.00) |
|---|---|---:|
| | **Total Amount of this Bill** | **$716.50** |

| | Previous Balance | $1,108.00 |
|---|---|---:|
| | Payments: | |
| | 06/20/13    Payment - Thank You - Check No. 22058 | ($1,108.00) |
| | Payor:  AXIS Insurance Company | |
| | Total Payments | ($1,108.00) |
| | Credit Applied - This Bill | ($23.00) |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Richard Ballantine | July 1, 2013 |
| I.D. 20002-093 - SDZ | Invoice 5670 |
| Re: Durango Herald adv. Delevin, et al. | Page 2 |

**Total Amount Due** $716.50

# Levine Sullivan Koch & Schulz, LLP

Richard Ballantine                                              July 1, 2013
I.D. 20002-093 - SDZ                                          Invoice  5670
Re: Durango Herald adv. Delevin, et al.                            Page  3

## Timekeeper Summary

|                     | Hours | Rate/Hour | Amount   |
|---------------------|-------|-----------|----------|
| Steven D. Zansberg  | 1.70  | 435.00    | 739.50   |
| **Totals**          | **1.70** |        | **$739.50** |

## Billing and Payment Recap

|                     | Fees      | Disbursements | Total     |
|---------------------|-----------|---------------|-----------|
| **Inception-to-Date:** |        |               |           |
| Total Billed        | 82,337.50 | 330.00        | 82,667.50 |
| Total Paid          | 81,598.00 | 330.00        | 81,928.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango,  CO  81302

September 1, 2013                                                Invoice  6122      SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 08/26/13 | SDZ | L110 Fact Investigation/Development | 0.40 | 174.00 |
|          |     | Research Ninth Circuit case law for September 16th hearing. | 435.00/hr | |
| | | **For professional services rendered** | **0.40** | **$174.00** |

---

| | |
|---|---|
| **Total Amount of this Bill** | **$174.00** |

---

| | |
|---|---|
| Previous Balance | $739.50 |
| Advanced Deposit/Payment from Trust | ($23.00) |
| **Total Amount Due** | **$890.50** |

## Levine Sullivan Koch & Schulz, LLP

Richard Ballantine                                    September 1, 2013
I.D. 20002-093 - SDZ                                    Invoice 6122
Re: Durango Herald adv. Delevin, et al.                        Page 2

### Timekeeper Summary

|  | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 0.40 | 435.00 | 174.00 |
| **Totals** | **0.40** |  | **$174.00** |

### Billing and Payment Recap

|  | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** |  |  |  |
| Total Billed | 82,511.50 | 330.00 | 82,841.50 |
| Total Paid | 81,621.00 | 330.00 | 81,951.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

October 1, 2013                                                    Invoice 6442     SDZ

In Reference To: 20002-093 - Durango Herald adv. Delevin, et al.

Client: AXIS Pro Insurance

Claim Number: 73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 09/02/13 | SDZ | L110 Fact Investigation/Development<br>Review file and prepare oral argument script for hearing on September 16. | 2.50<br>435.00/hr | 1,087.50 |
| 09/06/13 | SDZ | L110 Fact Investigation/Development<br>Revise draft oral argument script (1.3); send draft to clients for review (.2). | 1.50<br>435.00/hr | 652.50 |
| 09/08/13 | SDZ | L110 Fact Investigation/Development<br>Review recently issued Ninth Circuit threats cases for oral argument and revise draft script. | 1.50<br>435.00/hr | 652.50 |
| 09/09/13 | SDZ | L110 Fact Investigation/Development<br>Revise draft script for oral argument (1.4); consider potential filing of supplemental authority (.3); review cases cited in plaintiffs' sur-reply (1.5). | 3.20<br>435.00/hr | 1,392.00 |
| 09/10/13 | SDZ | L110 Fact Investigation/Development<br>Revise draft oral argument script to address arguments in sur-reply. | 0.50<br>435.00/hr | 217.50 |
| 09/11/13 | SDZ | L110 Fact Investigation/Development<br>Revise script for hearing on motion to dismiss and review exhibits to summary judgment motions papers. | 2.00<br>435.00/hr | 870.00 |
| 09/12/13 | SDZ | L120 Analysis/Strategy<br>Review judge's order vacating hearing (.1); exchange email with clients and R. Hickey regarding same (.2). | 0.30<br>435.00/hr | 130.50 |

# Levine Sullivan Koch & Schulz, LLP

| | | |
|---|---|---|
| **For professional services rendered** | **11.50** | **$5,002.50** |

| | |
|---|---|
| **Total Amount of this Bill** | **$5,002.50** |

| | |
|---|---|
| Previous Balance | $890.50 |
| **Total Amount Due** | **$5,893.00** |

**Levine Sullivan Koch & Schulz, LLP**

| | |
|---|---|
| Richard Ballantine | October 1, 2013 |
| I.D. 20002-093 - SDZ | Invoice 6442 |
| Re: Durango Herald adv. Delevin, et al. | Page 3 |

**Timekeeper Summary**

| | Hours | Rate/Hour | Amount |
|---|---|---|---|
| Steven D. Zansberg | 11.50 | 435.00 | 5,002.50 |
| **Totals** | **11.50** | | **$5,002.50** |

**Billing and Payment Recap**

| | Fees | Disbursements | Total |
|---|---|---|---|
| **Inception-to-Date:** | | | |
| Total Billed | 87,514.00 | 330.00 | 87,844.00 |
| Total Paid | 81,621.00 | 330.00 | 81,951.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

February 1, 2014                                                      Invoice 7370     SDZ

In Reference To: 20002-093 - Durango Herald adv. Delevin, et al.

Client: AXIS Pro Insurance

Claim Number: 73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|------------|--------|
| 01/28/14 | SDZ | L110 Fact Investigation/Development<br>Conduct search regarding recent Ninth Circuit case law concerning "true threats" for possible supplemental authority in support of motion to dismiss. | 0.30<br>435.00/hr | 130.50 |
| | | **For professional services rendered** | **0.30** | **$130.50** |

---

| | |
|---|---|
| Credit Applied - This Bill | ($23.00) |
| **Total Amount of this Bill** | **$107.50** |

---

| | |
|---|---|
| Previous Balance | $5,893.00 |
| Payments: | |
| 11/01/13   Payment - Thank You - Check No. 24030<br>Payor: Axis Insurance Company | ($5,893.00) |
| Total Payments | ($5,893.00) |
| Credit Applied - This Bill | ($23.00) |
| **Total Amount Due** | **$107.50** |

## Levine Sullivan Koch & Schulz, LLP

Richard Ballantine                                                                February 1, 2014
I.D. 20002-093 - SDZ                                                                Invoice  7370
Re: Durango Herald adv. Delevin, et al.                                                Page  2

### Timekeeper Summary

|                        | Hours | Rate/Hour | Amount   |
|------------------------|-------|-----------|----------|
| Steven D. Zansberg     | 0.30  | 435.00    | 130.50   |
| **Totals**             | **0.30** |        | **$130.50** |

### Billing and Payment Recap

|                    | Fees      | Disbursements | Total     |
|--------------------|-----------|---------------|-----------|
| **Inception-to-Date:** |       |               |           |
| Total Billed       | 87,644.50 | 330.00        | 87,974.50 |
| Total Paid         | 87,514.00 | 330.00        | 87,844.00 |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605



Richard Ballantine
Durango Herald
P.O. Drawer A
Durango, CO 81302

June 1, 2015                                                     Invoice  11093      SDZ

In Reference To:  20002-093 - Durango Herald adv. Delevin, et al.

Client:  AXIS Pro Insurance

Claim Number:  73952

---

### Professional Services

| Date | Atty | Description | Hours/Rate | Amount |
|------|------|-------------|-----------|--------|
| 05/07/15 | SDZ | L110 Fact Investigation/Development<br>Review Delfino v. Agilent Tech. as possible basis to dismiss corporate defendant. | 0.40<br>435.00/hr | 174.00 |
| | | **For professional services rendered** | **0.40** | **$174.00** |

**Total Amount of this Bill**                                                    **$174.00**

---

| | |
|---|---|
| Previous Balance | $130.50 |
| Payments: | |
| 04/17/14   Payment - Thank You - Check No. 26708 | ($107.50) |
| Payor:  Axis Insurance Company | |
| Total Payments | ($107.50) |
| Advanced Deposit/Payment from Trust | ($23.00) |
| **Total Amount Due** | **$174.00** |

# Levine Sullivan Koch & Schulz, LLP

## Timekeeper Summary

|                      | Hours | Rate/Hour | Amount    |
|----------------------|-------|-----------|-----------|
| Steven D. Zansberg   | 0.40  | 435.00    | 174.00    |
| **Totals**           | **0.40** |        | **$174.00** |

## Billing and Payment Recap

|                      | Fees      | Disbursements | Total      |
|----------------------|-----------|---------------|------------|
| **Inception-to-Date:** |         |               |            |
| Total Billed         | 87,818.50 | 330.00        | 88,148.50  |
| Total Paid           | 87,644.50 | 330.00        | 87,974.50  |

PLEASE SEND REMITTANCE TO:

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L STREET, N.W.
SUITE 200
WASHINGTON, D.C. 20036

Tax Identification Number: 52-2004605