Thomas B. Kelley (*pro hac vice*)
Steven D. Zansberg (*pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO  80203
(303) 376-2400
tkelley@lskslaw.com
szansberg@lskslaw.com

ATTORNEYS FOR DEFENDANTS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANTHONY J. DELEVIN, a/k/a Gabriel of Urantia; SHANNON LEIGH PLYLER, a/k/a Mycenay; DANIEL STEINHARDT, a/k/a Bendameean; and STACEY LUTHER-MYSZKA, a/k/a Tiyiendea, <br><br> Plaintiffs, <br><br> vs. <br><br> TED HOLTEEN; DURANGO HERALD, INC., a Colorado corporation; and BALLANTINE COMMUNICATIONS, INC., a Colorado corporation, <br><br> Defendants. | Case No. 4:12-cv-00118-FRZ <br><br> **DEFENDANTS' MOTION FOR ENTRY OF MANDATORY ATTORNEYS' FEES ON APPEAL PURSUANT TO COLORADO LAW** |

Defendants Ted Holteen, Durango Herald, Inc., and Ballantine Communications, Inc. (collectively herein "*The Herald*"), by and through undersigned counsel of Levine Sullivan Koch & Schulz, LLP, respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 54(d)(2)(A) and LRCiv 54.2, for the entry of an order awarding the defendants $25,696 in attorney's fees incurred on appeal, as mandated by Colo. Rev. Stat. § 13-71-201 (2015).  Pursuant to LRCiv 54.2(c), this Motion is grounded upon the Memorandum of Points and Authorities in support of this Motion, and all exhibits and Declarations filed therewith.

Wherefore, the Court should enter an order awarding the defendants all reasonable attorney's fees they incurred successfully defending this lawsuit on Plaintiffs' appeal to the Ninth Circuit.

A proposed order, consistent with LRCiv 7.1(b)(3) is being lodged herewith for the Court's convenience.

DATED: May 23, 2017

        *s/ Steven D. Zansberg*
Thomas B. Kelley (*pro hac vice*)
Steven D. Zansberg (*pro hac vice*)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1888 Sherman Street, Suite 370
Denver, CO 80203
(303) 376-2400
tkelley@lskslaw.com
szansberg@lskslaw.com

ATTORNEYS FOR DEFENDANTS

1
2 **CERTIFICATE OF SERVICE**

3     I hereby certify that on this __23rd__ day of May, 2017, I electronically filed the
4 foregoing **DEFENDANTS' MOTION FOR ENTRY OF DEFENDANTS'**
**MANDATORY ATTORNEYS FEES ON APPEAL UNDER COLORADO LAW**
5 with the Clerk of the Court using the CM/ECF electronic filing system, which will send
an electronic copy of this filing to the following counsel of record:
6
7 Celinas Ruth, Esq.
Global Family Legal Services
8 PO Box 8001
9 Tumacácori, AZ 85640-8001

10
                                        *s/ Steven D. Zansberg*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28